# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2376

_____

| | | |
|---|---|---|
| William G. Carter, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Alan Blake, C.O.O., MSOTC; Janine | * | [UNPUBLISHED] |
| Semar, Recreation Director, MSOTC, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 8, 2008
Filed: May 13, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

William Carter appeals the district court's[1] denial of his motion for post-judgment relief in his 42 U.S.C. § 1983 action. We affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).